IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ALFRED RISIEN HAMMAN,**

    **Plaintiff,**

**v.**                                                                       **Case No. 4:22-cv-146-AW-MJF**

**FLORIDA'S BOARD OF GOVERNORS,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING ACTION

The magistrate judge recommends transfer to the Middle District of Florida under § 1404(a). ECF No. 7. I now adopt the report and recommendation and incorporate it into this order.

Venue is not impermissible here; the defendant is a board headquartered in this district. Venue is permissible in the Middle District, too, where Plaintiff resides, where he initiated his several earlier suits against the BOG, and where the events at issue took place.

I would ordinarily be reluctant to transfer in this situation. A plaintiff's choice of venue is not to be set aside lightly. But two factors convince me here that the transfer is proper. First, Plaintiff has not objected to the report and recommendation, signaling that he does not object to the transfer. Second, Plaintiff's prior

1

unsuccessful suits were in the Middle District, and I agree with the magistrate judge that his selection of a different court this time is likely to avoid further sanctions.

Thus, in an exercise of my discretion, I order the transfer. The report and recommendation (ECF No. 7) is approved and adopted. The clerk will take appropriate steps to transfer this case to the United States District Court for the Middle District of Florida. The clerk will then close the file.

SO ORDERED on July 18, 2022.

> s/ *Allen Winsor*
> United States District Judge